International Railway Company and another. No opinion. Judgment and order affirmed, with costs.

DAVIDSON, Appellant, v. EQUITABLE LIFE ASSUR. SOCIETY OF UNITED STATES, Respondent. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Max Davidson against the Equitable Life Assurance Society of the United States. A. Lichtig, for appellant. W. C. Diamond, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 118 N. Y. Supp. 490; infra.

DAVIDSON v. EQUITABLE LIFE ASSUR. SOCIETY OF UNITED STATES. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Max Davidson against the Equitable Life Assurance Society of the United States. No opinion. Motion denied, with $10 costs. Order filed. See, also, 118 N. Y. Supp. 490; supra.

DENTON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1912.) Action by Della Denton against the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict is against the weight of evidence.

In re DESIGNATION OF A JUSTICE. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) In the matter of the Designation of a Justice to hold Trial and Special Term appointed to be held in the County of Otsego.
PER CURIAM. Hon. William P. Rudd, a Justice of the Supreme Court of the Third Judicial District, is hereby designated to hold the Trial and Special Term appointed to be held in the county of Otsego, commencing upon June 3, 1912.

DES JARDINS, Respondent, v. HOTCHKIN et al., Appellants. (Supreme Court, Appellate Division, First Department. April 19, 1912.) Action by Emile G. Des Jardins against Walter B. Hotchkin and another. W. P. Maloney, for appellants. S. H. Evins, for respondent. No opinion. Judgment affirmed, with costs, on opinion in 142 App. Div. 845, 127 N. Y. Supp. 504. Order filed. See, also, 134 N. Y. Supp. 1130.

In re DESTRUCTION OF USELESS PAPERS IN OFFICE OF CLERK OF ONEIDA COUNTY. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) In the matter of the Destruction of Useless Papers in the Office of the Clerk of Oneida County. No opinion. Matter referred to Charles D. Adams, attorney and counselor at law, residing at Utica, N. Y., to report to this court the facts, with his recommendation thereon.

DICKINSON, Respondent, v. WOOLVERTON, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Alice F. Dickinson against William H. Woolverton. R. L. Redfield, for appellant. G. M. Thompson, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DIDIER, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Joseph A. Didier against Frank C. Clark. A. S. Bacon, for appellant. F. R. Coudert, for respondent.
PER CURIAM. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.
CLARKE, J., dissents.

DIECKMANN, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by William R. Dieckmann against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

DOCK & MILL CO., Appellant, v. COX, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) Action by the Dock & Mill Company against G. Clay Cox. No opinion. Judgment affirmed, with costs. New trial to be had in Rochester Municipal Court on the 18th day of June, 1912, at 10 a. m.

DONNELL v. CITY & SUBURBAN HOMES CO. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by John F. Donnell against the City & Suburban Homes Company. No opinion. Application denied, with $10 costs. Order signed.

In re DONNELLY. (Supreme Court, Appellate Division, Second Department. May 29, 1912.) In the matter of the petition of Peter Donnelly for a peremptory writ of mandamus, etc. No opinion. Order affirmed, with $10 costs and disbursements.

DONOHUE et al., Respondents, v. LAWYERS' ADVERTISING CO., Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by Philip F. Donohue and another against the Lawyers' Advertising Company. A. P. Massey, for appellant. M. D. Steuer, for respondents. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.